**RECEIVED**

FEB 1 7 2011

TONY R. MOORE, CLERK
BY_____
  DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

FS (XXX-XX-8529)                                CIVIL ACTION NO. 09-cv-0818

VERSUS                                          JUDGE STAGG

U.S. COMMISSIONER SOCIAL                        MAGISTRATE JUDGE HORNSBY
SECURITY ADMINISTRATION

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Commissioner's decision is affirmed.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the ___17th___ day of ___February___, 2011.

_____
TOM STAGG
UNITED STATES DISTRICT JUDGE